```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

THOMAS JAMES CLAUSO,                Civ. No. 18-12217 (NLH) (LHG)

        Plaintiff,        **MEMORANDUM OPINION & ORDER**

   v.

WARDEN WILLIE BONDS, et al.,

        Defendants.

**APPEARANCES**:

Thomas James Clauso
59252
South Woods State Prison
215 South Burlington Road
Bridgeton, NJ 08302
    Plaintiff <u>Pro</u> <u>Se</u>

Gurbir S. Grewal, New Jersey Attorney General
Niccole L. Sandora, Deputy Attorney General
Office of the Attorney General
Division of Law
25 Market Street
PO Box 112
Trenton, NJ 08625
    Counsel for Defendants

**<u>HILLMAN</u>, District Judge**

    WHEREAS, Plaintiff Thomas James Clauso submitted a letter to the Court dated January 15, 2020; and

    WHEREAS, the letter seeks no particular relief from the Court nor is it related to any pending motion or other application; and

WHEREAS, the letter contains language that is not appropriate for filing on the public docket including racial slurs; and

WHEREAS, Rule 12 of the Federal Rules of Civil Procedure permits a Court "to strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f);

THEREFORE, IT IS on this  27th  day of January, 2020

ORDERED that the Clerk shall file Petitioner's January 15, 2020 letter on the docket and restrict access to the parties; and it is further

ORDERED that Plaintiff shall show cause within 30 days why the Court should not strike the letter under Rule 12(f); and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

At Camden, New Jersey
          s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.