```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

THOMAS JAMES CLAUSO,                1:18-cv-12217 (NLH) (LHG)

        Plaintiff,            **MEMORANDUM OPINION**
                                        **& ORDER**
    v.

WARDEN WILLIE BONDS, et al.,

        Defendants.

**APPEARANCES**:

Gurbir S. Grewal, Attorney General of New Jersey
Niccole L. Sandora, Deputy Attorney General
Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
PO Box 116
Trenton, NJ 08625

    *Counsel for Defendants Willie Bonds, Guard Martinelli, and Guard Hansen*

Thomas James Clauso
59252
South Woods State Prison
215 South Burlington Road
Bridgeton, NJ 08302

    *Plaintiff pro se*

**HILLMAN**, District Judge

    WHEREAS, on March 15, 2021, the Court denied summary judgment on two claims against Guard Martinelli and Guard Hansen see ECF No. 62; and

    WHEREAS, Plaintiff Thomas Clauso previously requested the

appointment of counsel. ECF No. 14. The application was denied as the Court concluded the factors set forth in Tabron v. Grace, 6 F.3d 147 (3d Cir. 1993) did not support appointing counsel at that time, ECF No. 32; and

WHEREAS, Plaintiff shall be ordered to show cause in writing why the Court should not revisit that decision and appoint counsel for Plaintiff in light of the changed circumstances,

THEREFORE, IT IS on this   22nd   day of March, 2021

ORDERED that within 21 days of this Order, Plaintiff shall show cause in writing why the Court should not appoint an attorney from the civil pro bono panel to represent him for trial purposes; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Plaintiff by regular mail.

At Camden, New Jersey            s/ Noel L. Hillman
                                 NOEL L. HILLMAN, U.S.D.J.