```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

THOMAS JAMES CLAUSO,           1:18-cv-12217 (NLH) (LHG)

        Plaintiff,         **MEMORANDUM OPINION**
                                          **& ORDER**

   v.

WARDEN WILLIE BONDS, et al.,

        Defendants.

**APPEARANCES**:

Gurbir S. Grewal, Attorney General of New Jersey
Niccole L. Sandora, Deputy Attorney General
Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
PO Box 116
Trenton, NJ 08625

    *Counsel for Defendants Willie Bonds, Guard Martinelli, and Guard Hansen*

Thomas James Clauso
59252
South Woods State Prison
215 South Burlington Road
Bridgeton, NJ 08302

    *Plaintiff pro se*

**HILLMAN**, District Judge

    WHEREAS, on March 15, 2021, the Court denied summary judgment on two claims against Guard Martinelli and Guard Hansen see ECF No. 62; and

    WHEREAS, Plaintiff Thomas Clauso previously requested the

appointment of counsel. ECF No. 14. The application was denied as the Court concluded the factors set forth in Tabron v. Grace, 6 F.3d 147 (3d Cir. 1993) did not support appointing counsel at that time, ECF No. 32; and

WHEREAS, the Court ordered Plaintiff to show cause why counsel should not be appointed at this time as the circumstances have changed such that the Tabron factors support the appointment of counsel, ECF No. 66; and

WHEREAS, Plaintiff wrote back in support of appointing counsel, ECF No. 69; and

WHEREAS, the Court finds that the interests of justice support appointing counsel as Plaintiff cannot afford counsel on his own, 28 U.S.C. § 1915(e)(1),

THEREFORE, IT IS on this   31st   day of March, 2021

ORDERED that the Clerk shall select an attorney from the civil pro bono panel; and it is further

ORDERED that the selected appointed attorney from the civil pro bono panel shall enter a notice of appearance within fourteen (14) days of the date of his or her appointment; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Plaintiff by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.