```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| THOMAS JAMES CLAUSO, | 1:18-cv-12217 (NLH) (LHG) |
| Plaintiff, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| WARDEN WILLIE BONDS, et al., | |
| Defendants. | |

**APPEARANCES**:

Gurbir S. Grewal, Attorney General of New Jersey
Niccole L. Sandora, Deputy Attorney General
Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
PO Box 116
Trenton, NJ 08625

    *Counsel for Defendants Willie Bonds, Guard Martinelli, and Guard Hansen*

Thomas James Clauso
59252
South Woods State Prison
215 South Burlington Road
Bridgeton, NJ 08302

    *Plaintiff pro se*

**HILLMAN**, **District Judge**

    WHEREAS, the Court appointed Ballard Spahr to assist Plaintiff Thomas Clauso in prosecuting his complaint under 42 U.S.C. § 1983, see ECF No. 73; and

    WHEREAS, attorneys Roberto A. Rivera-Soto and William

Patrick Reiley entered appearances on Plaintiff's behalf, ECF Nos. 71 & 72; and

WHEREAS, on November 12, 2021, the Court received a letter from Plaintiff purporting to "fire" counsel, ECF No. 85; and

WHEREAS, there is no right to counsel in a civil case, see Tabron v. Grace, 6 F.3d 147, 153-54 (3d Cir. 1993); Parham v. Johnson, 126 F.3d 454, 456-57 (3d Cir. 1997); and

WHEREAS, the Court will excuse Mr. Rivera-Soto and Mr. Reiley as Plaintiff's counsel with the Court's appreciation for accepting the assignment; and

WHEREAS, Plaintiff shall proceed pro se in this matter from now on,

THEREFORE, IT IS on this 3rd day of December, 2021

ORDERED that Roberto A. Rivera-Soto and William Patrick Reiley shall be, and hereby are, terminated as Plaintiff's counsel.  Plaintiff shall proceed pro se in this matter; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Plaintiff by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.